

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8745

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Leonardo RICO-Neri<br><br>Defendant | ) Mag. Case No.<br>) COMPLAINT FOR VIOLATION OF:<br>)<br>) Title 8, U.S.C., Section 1324<br>) (a)(1)(A)(ii) -Illegal Transportation of<br>) Alien(s)<br>)<br>)<br>) |

The undersigned complainant, being duly sworn, states:

On or about August 18, 2008, within the Southern District of California, defendant Leonardo RICO-Neri, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Ruben NUNEZ-Hernandez, Yamel RODRIGUEZ-Garcia and Jose Luis SANCHEZ-Cardenas had come to, entered or remained in the United States in violation of law, did transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts which, is incorporated herein by reference.

Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 19th DAY OF AUGUST 2008.

Peter C. Lewis
United States Magistrate Judge

UNITED STATES OF AMERICA
         v.
Leonardo RICO-Neri

STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by U.S. Border Patrol Agent A. Garcia that on August 18, 2008, the defendant, a United States Citizen was apprehended near Calexico, California, along with (4) three undocumented aliens from Mexico, in violation of law.

On August 18, 2008, at approximately 1:50 P.M. Agent Garcia observed a gray Toyota Camry with California license plate 6DWB431, come south toward the International Boundary approximately one half mile east of the Calexico California East Port of Entry. Agent Garcia could clearly see the driver, a Hispanic male with a shaved head wearing a sleeveless white undershirt, later identified as Leonardo RICO-Neri. Agent Garcia could also see one passenger, a Hispanic male wearing a white long sleeve shirt in the front seat of the car, later identified as J.G., a juvenile.

When RICO saw Agent Garcia he turned north again and left the area. Approximately five minutes later RICO came back south to the canal bank and went west on the canal bank road. Agent Garcia continued to observed RICO and noticed he had stopped under the Port of Entry Bridge. This bridge is commonly used by smugglers as a pick-up point for their cargos. As Agent Garcia approached the Bridge, RICO drove off at a high rate of speed. The Calexico Border Patrol Stations Remote Video Surveillance System Operator was able to assist Agent Garcia in maintaining a

visual RICO as he left the area and headed north away from the International Boundary.

Agent Garcia was able to catch up to RICO and observed him bring the Camry to a slow roll and Agent Garcia could see individuals exit the vehicle and hide in the brush along side of the road. Using the emergency equipment of his Border Patrol Vehicle, Agent Garcia attempted to stop RICO. The Camry slowed and came to a rolling stop. Agent V. Vega approached RICO, who was still seated in the drivers seat of the Camry, and questioned him. Agent A. Mills Approached the passenger side of the Camry and questioned J.G. it was determined they are citizens of the United States. Agent Garcia returned to where he saw the individuals exit the Camry. Agent Garcia located four individuals still hiding in the brush. Upon questioning them it was determined they are citizens of Mexico illegally in the United States. RICO, J.G. and the four illegal aliens were arrested.

At the station, a record check of RICO revealed he was previously encountered attempting to smuggle illegal aliens into the United States on at least two other occasions. A record check of J.G. revealed he is a juvenile and upon contacting his mother she stated he was reported as a run-away and she did not want to get involved in his case.

Agent M. Soto witnessed Agent Vega read RICO his rights as per Miranda. RICO stated he received a phone call from a person named "Tolocho" and he told him to pick up some people which he would get paid $250.00 for each. When asked if he knew these people were illegally here, RICO stated yes he did. RICO stated he has picked up illegal aliens two other times before and he had been paid $200 each time. RICO stated on today's date, August 18,

2008, he picked up the people under the bridge. RICO stated J.G. opened the door and let the people into the car. RICO stated he noticed the Border Patrol behind him and he dropped off the illegal aliens and continued driving. RICO stated he knew what he was doing was illegal.

Material Witnesses Ruben NUNEZ-Hernandez, Yamel RODRIGUEZ-Garcia and Jose Luis SANCHEZ-Cardenas stated arrangements were made with a smuggler in Mexico to be smuggled into the United States and they were to pay between $2000 and $2500. NUNEZ, RODRIGUEZ and SANCHEZ stated the driver told them to get out of the car after he saw the Border Patrol behind them. SANCHEZ stated he fell to the ground upon exiting the car because the car was still moving and it left them there.

The complainant states that the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
| Ruben NUNEZ-Hernandez | Mexico |
| Yamel RODRIGUEZ-Garcia | Mexico |
| Jose Luis SANCHEZ-Cardenas | Mexico |

Further, complainant states that Ruben NUNEZ-Hernandez, Yamel RODRIGUEZ-Garcia and Jose Luis SANCHEZ-Cardenas are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.