✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

|            | DISTRICT OF |            |
|:----------:|:-----------:|:----------:|
| SOUTHERN   |             | CALIFORNIA |

UNITED STATES OF AMERICA,
                Plaintiff,

     v.

LEONARDO RICO-NERI,
                Defendant.

**APPEARANCE**

Case Number:   08MJ8745

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LEONARDO RICO-NERI

I certify that I am admitted to practice in this court.

| 8/21/2008 | /s/ JOSEPH McMULLEN |
|-----------|---------------------|
| Date      | Signature           |

| Joseph McMullen / Federal Defenders of SD | 246757 |
|-------------------------------------------|--------|
| Print Name                                | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA    | 92101    |
|------------|-------|----------|
| City       | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|----------------|----------------|
| Phone Number   | Fax Number     |

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 21, 2008

                                     _____*/s/ Joseph McMullen*_____
                                     JOSEPH McMULLEN
                                     Federal Defenders of San Diego, Inc.
                                     225 Broadway, Suite 900
                                     San Diego, CA 92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     e-mail: Joseph_McMullen@fd.org