UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 SEP -4 P 4: 20

| | |
|---|---|
| UNITED STATES OF AMERICA, | )
| Plaintiff | ) CRIMINAL NO. 08CR3012-H
| | ) 08mj8745
| vs. | ) ORDER
| | ) RELEASING MATERIAL WITNESS
| Leoncido Rico-Neri | )
| Defendant(s) | ) Booking No:

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody. (Bond Posted / Case Disposed / (Order of Court)).

Jose Luis Sanchez-Cardenas

DATED: 9/4/08

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
          DUSM

W. SAMUEL HAMRICK, JR. Clerk
by F. Flores
Deputy Clerk